# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2739
LT Case No. 2012-CF-000349

_____

BRADLEY WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Bradley Williams, Bonifay, for Appellant.

No Appearance for Appellee.

February 6, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____